# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 3:19-cr-00351-01 |
| | * | |
| | * | |
| VERSUS | * | |
| | * | |
| | * | JUDGE TERRY A. DOUGHTY |
| RANDALL KEITH BYRD | * | MAGISTRATE JUDGE HAYES |

## WAIVER OF RIGHTS AND CONSENT TO SENTENCING BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

I, **RANDALL KEITH BYRD**, the defendant, acknowledge that I have a right to appear before a judge in person when being sentenced. I further acknowledge that under Federal Rule of Criminal Procedure 43(c), I may waive the right to be sentenced in person before the judge.

As of the filing of this document, the World Health Organization, along with the Centers for Disease Control and Prevention, have declared a global pandemic related to the spread of the COVID-19 virus, commonly known as the "coronavirus." Further, the President of the United States has declared a national emergency as a result of the pandemic, and the Governor of the State of Louisiana has declared a statewide public health emergency.

In light of the special circumstances presented by this pandemic, including the public health risk posed to me and others by participation in in-court proceedings, I waive my right to appear in person, and I consent to proceed with my sentencing via

video conference, or if it is not reasonably available, by telephone conference. *See* Fed. R. Crim. P. 10(c) and CARES Act § 15002(b). I acknowledge that during these proceedings, all communications with the court, including the presentation of documents, will be conducted by video or telephone. Except as otherwise provided, I will be in a different physical location than the presiding judge, counsel, or other parties to the proceeding.

I have discussed the implications of waiving these rights with my attorney, and I understand the consequences of such a waiver. I am waiving my rights and consenting of my own free will. No one, including my attorney, has insisted upon, coerced, or improperly influenced me in my decision to waive my rights and consent to a guilty plea and/or sentencing via video conferencing or telephone conferencing. Further, I have neither been offered nor promised anything in exchange for my waiver.

Executed this ___29TH___ day of ___June___, 2020, at Monroe, Louisiana

_____
RANDALL KEITH BYRD
Defendant

_____
STEPHEN A. JEFFERSON
Counsel for Defendant