MINUTES OF STATUS CONFERENCE
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
July 1, 2020

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.: 3:19-cr-00351-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **RANDALL KEITH BYRD** | **MAGISTRATE JUDGE HAYES** |

A telephone status conference was held on Wednesday, July 1, 2020, at 11:00 a.m. with the undersigned.  Participating was Cytheria Jernigan, Assistant United States Attorney, on behalf of the Government; Steve Jefferson, attorney for Defendant; Casey Stevens, United States Probation Officer; Kathy Keifer, Deputy Clerk; Dennis Stewart, Law Clerk; and Serena Tenison, Extern.

The participants discussed the issues to be addressed during the sentencing hearing set for this date at 1:30 p.m.  Mr. Jefferson orally requested a continuance of the sentencing hearing on behalf of the Defendant, so that he could discuss with Defendant certain information provided him by the Government this week.  The Government opposed the continuance on the basis that the information had been previously provided to Mr. Jefferson.  The Court denied the Defendant's request for a continuance.

The participants discussed the amount of restitution that the Defendant may be ordered to make. After conferring with counsel, the Court stated it would have to make that determination after hearing the evidence to be presented at the sentencing hearing.

The participants discussed whether the Court can order proceeds derived from the sale of items forfeited by Defendant to be applied in full toward Defendant's restitution obligation. After conferring with counsel, the Court directed counsel for the parties to conduct further research on that issue.

The status conference ended at 11:25 a.m.

TAD

